Mark L. SIMONS, Petitioner,

v.

OFFICE OF PERSONNEL
MANAGEMENT,
Respondent.

No. 05–3245.

United States Court of Appeals,
Federal Circuit.

May 5, 2006.

Before LOURIE, SCHALL, and PROST, Circuit Judges.

***JUDGMENT***

PER CURIAM

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.

THOMAS INDUSTRIES, INC.,
Plaintiff–Appellant,

v.

GAST MANUFACTURING, INC.,
Defendant–Appellee.

No. 05–1472.

United States Court of Appeals,
Federal Circuit.

May 8, 2006.

Before LOURIE, BRYSON, and GAJARSA, Circuit Judges.

***JUDGMENT***

PER CURIAM

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.